IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR L. TRAVILLION, | No. 1:18-CV-02075 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 27th day of June 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendants' motion *in limine* (Doc. 197) is **GRANTED** in part and **DENIED** in part, as more specifically set forth in the accompanying Memorandum.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge